■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM CARTER, Appellant. [918 NYS2d 48]—

Concur—Saxe, J.P., Sweeny, Catterson, Freedman and Román, JJ.